# United States District Court
# For The Western District of North Carolina
# Asheville Division

SHAWN D. CORPENING-BEY,,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                    1:12cv300

ALVIN W. KELLER, et al.,,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/19/2012 Order.

                                             FRANK G. JOHNS, CLERK
                                             Signed: October 19, 2012

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court